IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KILLENS,

        Plaintiff,

vs.

CITY OF OAKLAND, et al.,

        Defendants.

No. C05-1395 JCS (MEJ)

ORDER RE: SETTLEMENT CONFERENCE

       The Court is in receipt of Defendants' January 11, 2006, letter. Defendants request that Chief Word and Sergeant Jones be excused from personally attending the settlement conference as their consent is unnecessary to reach a settlement agreement. The Court finds good cause to excuse their presence. If, however, a further settlement conference is ordered and the Court finds the presence of Chief Word and Sergeant Jones necessary to reach a settlement, their attendance will be required.

**IT IS SO ORDERED**.

Dated: January 17, 2006

MARIA-ELENA JAMES
United States Magistrate Judge