United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KILLENS, ET AL., | Case No. C-05-1395 JCS |
| Plaintiff(s), | |
| v. | **ORDER VACATING HEARING DATE AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| CITY OF OAKLAND, ET AL., | |
| Defendant(s). | |
| _____/ | |

The Court, having been advised that this case has settled (subject to the approval of the Oakland City Council), hereby VACATES the March 3, 2006 hearing on Plaintiff's Motion for Partial Summary Judgment.

A Further Case Management Conference has been set for **March 3, 2006, at 1:30 p.m.** Any party wishing to appear telephonically shall electronically file a letter one (1) week prior to the hearing with a contact phone number. The Court shall initiate the phone contact.

IT IS SO ORDERED.

Dated: January 18, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge