```
 1  JOHN A. RUSSO, City Attorney - State Bar #129729
    RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
 2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
    CHARLES E. VOSE, Senior Deputy City Attorney- State Bar #139700
 3  One Frank H. Ogawa Plaza, 6th Floor
    Oakland, California 94612
 4  Telephone: (510) 238-2961        Fax: (510) 238-6500
    24204/364763
 5
    Attorneys for Defendants
 6  CITY OF OAKLAND, OAKLAND POLICE
    OFFICER T. JONES, CHIEF RICHARD WORD
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KILLENS, ET AL., | Case No. C-05-01395 JCS |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, ET AL., | |
| Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, that the current case management conference date of March 3, 2006, be continued to March 31, 2006. Good cause exists for the requested continuance on the following grounds:

A settlement agreement was reached following a judicially supervised settlement conference before the Honorable Maria Elena-James on January 18, 2006. The Oakland City Council approved the settlement in executive session on February 21, 2006, and it is expected that the Oakland City Council will approve the resolution authorizing the settlement at its March 7, 2006 meeting. Continuing the case

management conference to the new date will allow the parties to finalize the provisions of the settlement agreement.

Respectfully submitted,

Dated: February 24, 2006

                LAW OFFICES OF JOHN BURRIS

       BY: _____/s/_____
             BENJAMIN NIESENBAUM, ESQ.
             Attorney for Plaintiffs

Dated: February 24, 2006

              JOHN A. RUSSO, City Attorney
              RANDOLPH W. HALL, Assistant City Attorney
              JAMES F. HODGKINS, Supervising Deputy City Attorney
              CHARLES E. VOSE, Senior Deputy City Attorney

       By: _____/s/_____
             Attorneys for Defendant
             CITY OF OAKLAND

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the parties, the case management conference shall be rescheduled for March 31, 2006 at 1:30 p.m.

IT IS SO ORDERED.

Dated: February 27, 2006

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT