UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KILLENS, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF OAKLAND, ET AL., <br><br> Defendants. | Case No. C-05-01395 JCS <br> ORDER <br> **PETITION APPOINTING GUARDIAN AD LITEMS FOR MINORS AND APPROVING MINORS' COMPROMISE** |

**ORDER**

**PURSUANT TO PLAINTIFFS' PETITION**, the Court hereby grants Plaintiffs' Petition according to the terms of the petition herein:

GREG KILLENS is hereby appointed the Guardian Ad Litem to prosecute the claims of Minor Plaintiffs KNK, KNK, and G.K., Jr.

The Court hereby approves the Petition to Compromise the Minors' claims, and orders as follows:

5

PETITION AND ORDER APPOINTING GUARDIAN AD LITEM           C 05-01395 JCS

(1) a. Plaintiff KNK shall receive $1,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $250.00. Litigation costs advanced by the minor's attorney in the amount of $340.13 shall be recovered by the minor's attorney from the settlement proceeds. Minor Plaintiff KNK shall receive a net settlement of $409.87. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner GREG KILLENS as trustee for KNK is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name GREG KILLENS as trustee for said minor in the amount $409.87.

b. Plaintiff KNK shall receive $1,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $250.00. Litigation costs advanced by the minor's attorney in the amount of $340.13 shall be recovered by the minor's attorney from the settlement proceeds. Minor Plaintiff KNK shall receive a net settlement of $409.87. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner GREG KILLENS as trustee for KNK is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name GREG KILLENS as trustee for said minor in the amount $409.87.

c. Plaintiff G.K., Jr. shall receive $1,000.00 in settlement. Attorney fees from this settlement shall be at 25% of the total recovery, or $250.00. Litigation costs advanced by the minor's attorney in the amount of $340.13 shall be recovered by the minor's attorney from the settlement proceeds. Minor Plaintiff G.K., Jr.. shall receive a net settlement of $409.87. A check or draft payable from the LAW OFFICES OF JOHN L. BURRIS to the order of Petitioner GREG KILLENS as trustee for G.K., Jr.. is to be deposited in a blocked account at a commercial depository whose deposits are insured by the FDIC or other regulatory agency, in the name GREG KILLENS as trustee for said minor in the amount $409.87.

(2) Within forty-eight (48) hours after receiving the checks or drafts mentioned in

|   |   |
|---|---|
| 1 | Paragraph (1) the above portion of the settlement award allocated to each minor is to be deposited |
| 2 | in a blocked account at a commercial or savings bank in the name of Petitioners as trustee for said |
| 3 | minors, and is not to be withdrawn without first obtaining an Order of the Court. Any draft of |
| 4 | withdrawal is to show such endorsement. Bond is hereby waived. A copy of this Order shall be |
| 5 | delivered to payer forthwith. Attorney fees are not due or payable until such time as the balance of |
| 6 | the funds have been deposited pursuant to |
| 7 | the Order; and, |
| 8 |   |
| 9 | Upon receipt of the full amount of the settlement sum herein approved and the deposit of the |
| 10 | funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants |
| 11 | CITY OF OAKLAND, RICHARD WORD, and TONY JONES, if Petitioner has not yet done so at |
| 12 | that time, a full, complete, and final Release and discharge of and from any and all claims and |
| 13 | demands of said minors by reason of the incident described in said Petition and the resulting |
| 14 | injuries and damages to said minor. |

Dated: March 15, 2006

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

PETITION AND ORDER APPOINTING GUARDIAN AD LITEM       C 05-01395 JCS