```
JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney- State Bar #139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Telephone:  (510) 238-2961          Fax:  (510) 238-6500
24204/369467
```

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND POLICE
OFFICER T. JONES, CHIEF RICHARD WORD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KILLENS, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, ET AL.,<br><br>Defendants. | Case No. C-05-01395 JCS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, that the current case management conference date of March 31, 2006, be continued to May 5, 2006.  Good cause exists for the requested continuance on the following grounds:

A settlement agreement was reached following a judicially supervised settlement conference before the Honorable Maria Elena-James on January 18, 2006. The Oakland City Council approved the settlement at its March 7, 2006 meeting.  This Court approved the Minor's Compromise on March 18, 2006 and the release has been signed by plaintiffs.  The City of Oakland is processing the settlement check and it is

expected that the settlement will be completed and a dismissal of the action filed prior to the May 5, 2006 date.  Continuing the case management conference to the new date will allow the parties to finalize the provisions of the settlement agreement.

Respectfully submitted,

Dated:  March 29, 2006

                            LAW OFFICES OF JOHN BURRIS

BY:          /s/                          
       BENJAMIN NIESENBAUM, ESQ.
       Attorney for Plaintiffs

Dated:  March 29, 2006

       JOHN A. RUSSO, City Attorney
       RANDOLPH W. HALL, Assistant City Attorney
       JAMES F. HODGKINS, Supervising Deputy City Attorney
       CHARLES E. VOSE, Senior Deputy City Attorney

By:          /s/                          
       Attorneys for Defendant
`       CITY OF OAKLAND

## **ORDER**

**IT IS HEREBY ORDERED** that pursuant to the terms of the stipulation between the parties, the case management conference shall be rescheduled for May 5, 2006 at 1:30 p.m.

IT IS SO ORDERED.

Dated:    March 29, 2006

                            JUDGE, UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Joseph C. Spero]*