UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KILLENS, ET AL., | Case No. C-05-01395 JCS |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| CITY OF OAKLAND, ET AL., | |
| Defendants. | |

ORDER

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice, pursuant to plaintiffs' dismissal through their counsel.

IT IS SO ORDERED.

Date: April 21, 2006

_____
Honorable Joseph C. Spero
United States Magistrate Judge